DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Hartford Insurance Company of the Midwest

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH G. SOUTHWORTH and GARY M. SOUTHWORTH, individually and as husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, DOES 1 through 5; and ROE CORPORATIONS 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:09-cv-2367-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Deborah G. Southworth And Gary M. Southworth ("Plaintiffs") and Hartford Insurance Company of the Midwest ("Hartford"), through their respective counsel of record, that the above-captioned action shall be dismissed with prejudice.

///
///
///

IT IS FURTHER STIPULATED and agreed that, as between Plaintiffs and Hartford, all parties shall bear their own attorneys' fees and costs.

DATED this 20th day of September, 2010.

AARON & PATERNOSTER

BY: ______________________
GLENN A. PATERNOSTER
Nevada Bar. No. 5452
BRIAN E. LUNT
Nevada Bar No. 11189
2300 W. Sahara Avenue #650
Las Vegas, NV 89102
Attorneys for Plaintiffs

LEWIS AND ROCA LLP

BY: ______________________
DARREN T. BRENNER
Nevada Bar No. 8386
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Attorneys for Defendant Hartford Insurance Company of the Midwest

**ORDER**

IT IS SO ORDERED this 29th day of September, 2010.

______________________
Gloria M. Navarro
United States District Judge